**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1672**

———————

FATOUMATA O. CONTE,

                                       Petitioner,

      versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

                                     Respondents.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A71-800-527)

———————

Submitted: February 7, 2003       Decided: March 12, 2003

———————

Before WILKINS, Chief Judge, and NIEMEYER and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

John T. Riely, Bethesda, Maryland, for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, Carl H. McIntyre, Jr.,
Senior Litigation Counsel, John L. Davis, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Fatoumata O. Conte seeks review of the Board of Immigration Appeals' ("Board") decision and order affirming without opinion the immigration judge's denial of her second motion to reopen immigration proceedings, which she labeled as a "Motion to Accept the Affirmative Application for Relief Nunc Pro Tunc." We have reviewed the administrative record and the immigration judge's decision, which was designated by the Board as the final agency determination, and find no abuse of discretion. See 8 C.F.R. § 3.2(a) (2002); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny Conte's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED